IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 11 1998

JAMES W McCORMACK, CLERK
By: _____ DEP. CLERK

**CHRISTOPHER WALTERS**                                                             PLAINTIFF

VS.                          NO. LR - C - 98 - 303

**STONE CONTAINER CORPORATION**                                           DEFENDANT

AFS: THE CORPORATION COMPANY
    417 SPRING STREET
    LITTLE ROCK, AR  72201

**STATE OF ARKANSAS)**
                    ) ss:    **AFFIDAVIT OF SERVICE**
**COUNTY OF PULASKI)**

I, L. ONEAL SUTTER, Attorney for Plaintiff, state on oath that a copy of the Complaint and Summons were mailed certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure to the Agent for Service, The Corporation Company, as indicated by the attached copy of the certified mail certificate. A copy of the return receipt card acknowledged by the Defendant's Agent for Service is also attached indicating receipt, on the date therein indicated.

_____
L. ONEAL SUTTER

SUBSCRIBED AND SWORN to before me this ____11th____ day of June, 1998.

_____
NOTARY PUBLIC

OFFICIAL SEAL
**JANIE A. WATSON**
NOTARY PUBLIC-ARKANSAS
SALINE COUNTY
MY COMMISSION EXPIRES: 04 14 08

F:\DOC\CWALTERS\AFDSERV

1

C. Walters

Z 147 599 636
US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

| | |
|---|---|
| Sent to STONE CONTAINER AFS: THE CORPORATION COMPANY | |
| Street & Number 417 SPRING STREET | |
| Post Office, State, & ZIP Code LITTLE ROCK, AR 72201 | |
| Postage | $ 1.01 |
| Certified Fee | 1.35 |
| Special Delivery Fee | |
| Restricted Delivery Fee | 75 |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | 1.10 |
| TOTAL Postage & Fees | $ 6.21 |
| Postmark or Date | |

PS Form 3800, April 1995

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☒ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
STONE CONTAINER CORPORATION
AFS: THE CORPORATION CO.
417 SPRING STREET
LITTLE ROCK, AR 72201

4a. Article Number
Z 147 599 636

4b. Service Type
☐ Registered      ☒ Certified
☐ Express Mail    ☐ Insured
☒ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994     102595-97-B-0179     **Domestic Return Receipt**